# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| FRANK JAMES CAPOZZI, SR., | : | No. 150 MM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| LUZERNE COUNTY COURT OF | : | |
| COMMON PLEAS AND JOSHUA D. | : | |
| SHAPIRO, ATTORNEY GENERAL OF | : | |
| THE COMMONWEALTH OF PA, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of November, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Review and Extraordinary Relief is DENIED.